

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Posse Energy, Ltd./Parsley Energy, LP, | § | No. 08-20-00061-CV |
| Appellants, | § | Appeal from the |
| v. | § | 112th District Court |
| Parsley Energy, LP and Pacer Energy, Ltd./Posse Energy, Ltd., | § | of Upton County, Texas |
| | § | (TC# 18-06-U4639-OTH-A) |
| Appellees. | § | |
| | § | |

## O R D E R

The Court GRANTS the Appellant Posse Energy, Ltd.'s motion to reconsider and vacate the submission setting without oral argument. Therefore, the March 26, 2021 submission setting is vacated. The above styled and numbered cause will be rescheduled for oral argument at a later date.

IT IS SO ORDERED this 22nd day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.